**Karen PATOU, Defendant–Cross–Claimant–Appellant,**

**First Metlife Investors Insurance Company, Plaintiff,**

v.

**Marian ZILKHA, Defendant–Cross–Defendant–Appellee.**

No. 09–4260–cv.

United States Court of Appeals, Second Circuit.

April 20, 2010.

Alan C. Glassman, Lynbrook, NY, for Appellant.

Lance Roger Spodek (Karen A. Odom, on the brief), Lance Roger Spodek, P.C., New York, NY, for Appellee.

Present: PIERRE N. LEVAL, ROBERT A. KATZMANN, B.D. PARKER, Circuit Judges.

### SUMMARY ORDER

Appellant Karen Patou appeals from an opinion and order of the district court dated September 21, 2009 granting summary judgment in favor of Appellee Dr. Marian Zilkha. In granting Dr. Zilkha's motion, the district court concluded that she possessed a valid insurable interest in the life of Dr. Stephen Bosniak. We assume the parties' familiarity with the facts, procedural history, and specification of issues on appeal.

We review *de novo* the district court's grant of summary judgment. *Town of Southold v. Town of E. Hampton,* 477 F.3d 38, 46 (2d Cir.2007). Having scrutinized the record, we agree that Dr. Zilkha held an insurable interest in the life of Dr. Bosniak within the meaning of applicable New York insurance law. Specifically, we conclude that summary judgment was properly granted to Dr. Zilkha because she possessed a "lawful and substantial economic interest in the continued life, health or bodily safety" of Dr. Bosniak, *see* N.Y. Ins. Law § 3205(a)(1)(B), who was insured under the reciprocal key-man insurance policy at the heart of this case. For substantially the reasons stated in the district court's persuasive opinion, we thus **AFFIRM** the order of the district court.